MARK A. BECKMAN
MBECKMAN@GRSM.COM
DIRECT DIAL:  (212) 453-0724



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

February 16, 2024

**VIA ECF**
The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Square
New York, NY 10007

      Re:    *Atlantic Specialty Insurance Company a/s/o Mirasco. Inc. v. Mediterranean Shipping Company SA, et al.*
            SDNY Case No.: 1:23-cv-08927

Dear Judge Buchwald:

      We represent defendant MSC Mediterranean Shipping Company S.A. ("MSC") (erroneously named Mediterranean Shipping Company S.A.).

      Pursuant to the Court's Notice of Initial Pretrial Conference (Dkt. 11) and the Court's Individual Practice in Civil Cases, 1.E., MSC respectfully requests, with plaintiff's consent, an adjournment of the initial pretrial conference currently scheduled for February 29, 2024 at 11:30 a.m. because counsel will be traveling that day.

      The parties confirm they are available on March 7, 13, and 14, 2024, for the initial pretrial conference. This is the first request to adjourn the initial teleconference and as noted above is made with plaintiff's consent.

      We appreciate the Court's attention to this matter.

      Respectfully submitted,

      Mark A. Beckman

cc: All Counsel of Record (*via* ECF)

Application granted. The initial pretrial conference will be held on March 7, 2024 at 12 p.m.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, NY
       February 22, 2024